Adam C. Dawson (State Bar No. 136551)
Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants
FELCOR/CSS HOLDINGS LP; DJONT/CMB SSF
LEASING, LLC; and DJONT OPERATIONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN BARRETTE,<br><br>            Plaintiff,<br><br>    vs.<br><br>FELCOR/CSS HOLDINGS LP;<br>BRISBANE HOTEL PARTNERS, LLC;<br>HARDIN CAPITAL LLC, dba,<br>Homewood Suites; DJONT/CMB SSF<br>LEASING, LLC; DJONT OPERATIONS,<br>LLC; HGI OPCO LLC, and DOES 1<br>through 10, inclusive,<br><br>            Defendants. | Case No. C 04 2730 SBA<br><br>**DEFENDANTS FELCOR/CSS HOLDINGS LP, DJONT/CMB SSF LEASING, LLC, AND DJONT OPERATIONS, LLC'S ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR VIOLATIONS OF: AMERICANS WITH DISABILITIES ACT OF 1990; UNRUH CIVIL RIGHTS ACT; COMMON LAW UNFAIR COMPETITION; NEGLIGENCE; NEGLIGENCE PER SE; CALIFORNIA UNFAIR BUSINESS PRACTICE ACT; DECLARATORY RELIEF**<br><br>Complaint Filed: July 7, 2004 (E-filing) |

Defendants FELCOR/CSS HOLDINGS LP, DJONT/CMB SSF LEASING, LLC, and DJONT OPERATIONS, LLC, (collectively the "Answering Defendants"), answers the First Amended Complaint filed by Plaintiff Ken Barrette, an individual ("Plaintiff") as follows:

**INTRODUCTION**

1. The Answering Defendants admit that they operate places of public accommodation located at 250 Gateway Boulevard, San Francisco, California, and 150 Anza Boulevard, Burlingame, California. The Answering Defendants deny the remaining allegations of paragraph 1.

**DEFENDANTS FELCOR/CSS HOLDINGS LP''S
ANSWER TO FIRST AMENDED COMPLAINT**
USDC/No. Dist. of Calif. -- Case No. C 04 2730 SBA

19076\725764.1

1    2.    The Answering Defendants deny that Plaintiff is entitled to any relief from the Answering Defendants.

**JURISDICTION AND VENUE**

3.    The Answering Defendants admit that the Court has jurisdiction of actions brought pursuant to 28 U.S.C. 1331.  The Answering Defendants deny the remaining allegations of paragraph 3.

4.    The Answering Defendants admit that venue in this Court is proper based on the locations of the real properties which are the subject of the action.  The Answering Defendants deny the remaining allegations of paragraph 4.

**PARTIES**

5.    The Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 5, and on that basis deny them.

6.    The Answering Defendants admit that they operate and/or lease the places of public accommodation identified in paragraph 1 of the First Amended Complaint, which are subject to state and federal law.  The Answering Defendants deny the remaining allegations of paragraph 6.

7.    The Answering Defendants deny the allegations of paragraph 7.

**PRELIMINARY FACTUAL ALLEGATIONS**

8.    The Answering Defendants admit that they operate and/or lease the places of public accommodation identified in paragraph 1 of the First Amended Complaint, which are subject to state and federal law.  The Answering Defendants deny the remaining allegations of paragraph 8.

9.    The Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 9, and on that basis deny them.

10.    The Answering Defendants deny the allegations of paragraph 10.

11.    The Answering Defendants deny the allegations of paragraph 11.

12.    The Answering Defendants deny the allegations of paragraph 12.

13.    The Answering Defendants deny the allegations of paragraph 13.

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA  94104
(415) 954-4400

**DEFENDANTS FELCOR/CSS HOLDINGS LP''S ANSWER TO FIRST AMENDED COMPLAINT**
USDC/No. Dist. of Calif. -- Case No. C 04 2730 SBA

- 2 -

19076\725764.1

1   14.   The Answering Defendants deny the allegations of paragraph 14.

2   15.   The Answering Defendants deny the allegations of paragraph 15.

3   **ANSWER TO FIRST CAUSE OF ACTION**

4   16.   The Answering Defendants admit that they operate and/or lease the places of public accommodation identified in paragraph 1 of the First Amended Complaint, which are subject to state and federal law.  The Answering Defendants deny the remaining allegations of paragraph 16.

8   17.   The Answering Defendants deny the allegations of paragraph 17.

9   18.   The Answering Defendants deny the allegations of paragraph 18.

10   19.   The Answering Defendants deny the allegations of paragraph 19.

11   **ANSWER TO SECOND CAUSE OF ACTION**

12   20.   The Answering Defendants incorporate by reference their responses to the allegations of paragraph 1 through 19.

14   21.   The Answering Defendants deny the allegations of paragraph 21.

15   22.   The Answering Defendants deny the allegations of paragraph 22.

16   **ANSWER TO THIRD CAUSE OF ACTION**

17   23.   The Answering Defendants incorporate by reference their responses to the allegations of paragraph 1 through 22.

19   24.   The Answering Defendants deny the allegations of paragraph 24.

20   25.   The Answering Defendants admit that persons with disabilities are invited to the places of public accommodation identified in paragraph 1 of the First Amended Complaint.  The Answering Defendants deny the remaining allegations of paragraph 25.

23   26.   The Answering Defendants deny the allegations of paragraph 26.

24   27.   The Answering Defendants deny the allegations of paragraph 27.

25   **ANSWER TO FOURTH CAUSE OF ACTION**

26   28.   The Answering Defendants incorporate by reference their responses to the allegations of paragraph 1 through 27.

28   29.   The Answering Defendants admit the allegations of paragraph 29.

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA  94104
(415) 954-4400

**DEFENDANTS FELCOR/CSS HOLDINGS LP''S ANSWER TO FIRST AMENDED COMPLAINT**
USDC/No. Dist. of Calif. -- Case No. C 04 2730 SBA

- 3 -

19076\725764.1

30. The Answering Defendants deny the allegations of paragraph 30.

31. The Answering Defendants deny the allegations of paragraph 31.

32. The Answering Defendants deny the allegations of paragraph 32.

## ANSWER TO FIFTH CAUSE OF ACTION

33. The Answering Defendants incorporate by reference their responses to the allegations of paragraph 1 through 32.

34. The Answering Defendants admit that at the time Plaintiff claims to have visited the subject facilities, there were in effect the Americans with Disabilities Act, the Unruh Civil Rights Act, California's Disabled Person Act, Title 24 of the California Code of Regulations, and California Health and Safety Code, section 19955, et seq. The Answering Defendants deny the remaining allegations of paragraph 34.

35. The Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 35, and on that basis deny them.

36. The Answering Defendants deny the allegations of paragraph 36.

37. The Answering Defendants deny the allegations of paragraph 37.

38. The Answering Defendants deny the allegations of paragraph 38.

## ANSWER TO SIXTH CAUSE OF ACTION

39. The Answering Defendants incorporate by reference their responses to the allegations of paragraph 1 through 38.

40. The Answering Defendants deny the allegations of paragraph 40.

41. The Answering Defendants deny the allegations of paragraph 41.

42. The Answering Defendants deny the allegations of paragraph 42.

43. The Answering Defendants deny the allegations of paragraph 43.

## ANSWER TO SEVENTH CAUSE OF ACTION

44. The Answering Defendants incorporate by reference their responses to the allegations of paragraph 1 through 43.

45. The Answering Defendants deny the allegations of paragraph 45.

46. The Answering Defendants deny the allegations of paragraph 46.

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

DEFENDANTS FELCOR/CSS HOLDINGS LP''S
ANSWER TO FIRST AMENDED COMPLAINT - 4 -
USDC/No. Dist. of Calif. -- Case No. C 04 2730 SBA

19076\725764.1

## FIRST AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim against the Answering Defendants upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

The Answering Defendants are informed and believe, and on that basis alleges, that Plaintiff failed to mitigate damages, if any there were, although he had reasonable opportunity to do so.

## THIRD AFFIRMATIVE DEFENSE

The Answering Defendants are informed and believe, and on that basis allege, that to the extent Plaintiff suffered any injury, said injuries were directly and proximately caused by the acts or omissions, or both, of persons other than the Answering Defendants.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff was partially, if not wholly, negligent or otherwise at fault and should be barred from recovery of that portion of the damages directly attributable to his proportionate share of the negligence or fault, pursuant to the doctrine of comparative negligence.

## FIFTH AFFIRMATIVE DEFENSE

The damages sustained by Plaintiff, if any, were caused, in whole or in part, by the negligence or fault of others for which the Answering Defendants are not liable or responsible.

## SIXTH AFFIRMATIVE DEFENSE

If the Answering Defendants were responsible in any respect for any injuries or damages suffered by Plaintiff, which the Answering Defendants expressly deny, such injuries or damages have been caused by or contributed to by others, and the Answering Defendants' proportional liability, if any, should be reduced to the extent thereof.

## SEVENTH AFFIRMATIVE DEFENSE

The Complaint is barred by the applicable statute of limitations of the California Code of Civil Procedure, including, but not limited to, section 340.

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

**DEFENDANTS FELCOR/CSS HOLDINGS LP''S ANSWER TO FIRST AMENDED COMPLAINT**
USDC/No. Dist. of Calif. -- Case No. C 04 2730 SBA

- 5 -

19076\725764.1

### EIGHTH AFFIRMATIVE DEFENSE

The Answering Defendants are informed and believe, and on that basis allege, that Plaintiff is barred from recovery by the doctrine of laches.

### NINTH AFFIRMATIVE DEFENSE

Plaintiff has failed to exhaust his administrative remedies, required before filing any action.

### TENTH AFFIRMATIVE DEFENSE

Any award of punitive damages in this action would violate the Answering Defendants' constitutional rights, including the right to due process.

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's attorneys' fees are unnecessary and unreasonable.

### TWELFTH AFFIRMATIVE DEFENSE

Plaintiff lacks standing.

### THIRTEENTH SEPARATE DEFENSE

The accommodation requested by Plaintiff is not readily achievable.

### FOURTEENTH SEPARATE DEFENSE

The accommodation requested by Plaintiff is not feasible.

### FIFTEENTH SEPARATE DEFENSE

The accommodation requested by Plaintiff would result in undue burden.

### SIXTEENTH SEPARATE DEFENSE

Plaintiff's claims are barred by the doctrine of estoppel.

### SEVENTEENTH SEPARATE DEFENSE

Plaintiff's claims are barred by the doctrine of waiver.

### EIGHTEENTH SEPARATE DEFENSE

The Answering Defendants did not intentionally impede or impair access to Plaintiff.

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

DEFENDANTS FELCOR/CSS HOLDINGS LP''S ANSWER TO FIRST AMENDED COMPLAINT
USDC/No. Dist. of Calif. -- Case No. C 04 2730 SBA
- 6 -
19076\725764.1

# PRAYER FOR RELIEF

WHEREFORE the Answering Defendants prays judgment as follows:

1. Dismissal of the Complaint with prejudice;

2. An award of costs of suit and such attorneys' fees as may be authorized by law;

3. Such other and further relief as the court deems just and proper.

DATED: September 21, 2004                      FARELLA BRAUN & MARTEL LLP


                                               By:  /s/
                                                  Adam C. Dawson

                                               Attorneys for Defendants
                                               FELCOR/CSS HOLDINGS LP;
                                               DJONT/CMB SSF LEASING, LLC; and
                                               DJONT OPERATIONS, LLC.

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

**DEFENDANTS FELCOR/CSS HOLDINGS LP'S
ANSWER TO FIRST AMENDED COMPLAINT** - 7 -                                     19076\725764.1
USDC/No. Dist. of Calif. -- Case No. C 04 2730 SBA

# PROOF OF SERVICE

I, the undersigned, declare that I am a resident of the State of California, over the age of eighteen years and not a party to the within action. My business address is: Farella Braun + Martel LLP, 235 Montgomery Street, Suite 3000, San Francisco, California 94104.

On this date I served the within document(s):

**DEFENDANTS FELCOR/CSS HOLDINGS LP, DJONT/CMB SSF LEASING, LLC, AND DJONT OPERATIONS, LLC'S ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR VIOLATIONS OF: AMERICANS WITH DISABILITIES ACT OF 1990; UNRUH CIVIL RIGHTS ACT; COMMON LAW UNFAIR COMPETITION; NEGLIGENCE; NEGLIGENCE PER SE; CALIFORNIA UNFAIR BUSINESS PRACTICE ACT; DECLARATORY RELIEF**

__X__  **BY ELECTRONIC FILING:** the within document(s), the automatically generated notification for which constitutes service pursuant to General Order 45, Section IX(A) and (B).

____  **PERSONAL DELIVERY:** by placing a true copy thereof, addressed as set forth below and enclosed in a sealed envelope for personal delivery by **Specialized Legal Services** to the addressee.

____  **MAIL:** by placing a true copy thereof, addressed as set forth below and enclosed in a sealed envelope with postage thereon fully prepaid and deposited for collection and mailing with the U.S. Postal Service pursuant to the ordinary business practice of this office.

____  **FEDERAL EXPRESS:** by placing a true copy thereof, addressed as set forth below and enclosed in a sealed envelope for delivery by overnight courier to the addressee.

____  **FACSIMILE TRANSMISSION:** a true and correct copy transmitted via facsimile to each addressee listed below.

**Mark D. Potter, Esq.**
**Russell C. Handy, Esq.**
**Center for Disability Access, LLP**
**3405 Kenyon Street, Suite 502**
**San Diego, CA 92110-5008**
**Telephone: (619) 226-9010**
**Facsimile: (619) 226-9030**
**Attorneys for Plaintiff – Ken Barrette**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed in San Francisco, California on **September 21, 2004**.

/s/
Lawrence L. Coles

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

**DEFENDANTS FELCOR/CSS HOLDINGS LP''S ANSWER TO FIRST AMENDED COMPLAINT**
USDC/No. Dist. of Calif. -- Case No. C 04 2730 SBA

- 8 -

19076\725764.1